# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| TAMARA J. ELLIOTT,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:18-CV-00104-BAT<br><br><br><br>ORDER |

IT IS HEREBY ORDERED THAT upon consideration of Defendant's Stipulated Motion for Remand, the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Commissioner for further administrative proceedings, a new hearing, and a new decision. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the Commissioner will reevaluate whether Plaintiff had a "severe" impairment at step two; reevaluate the medical and "other source" opinions in the record, including those from Sabina Scott, Au.D., Sandra Borg, M.D., Alan Langman, M.D., Ivan Hyde, O.D., and Lynn Tan, M.D.; and as necessary, continue with the sequential evaluation process.

Page 1    ORDER - [2:18-CV-00104-BAT]

This case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58. The briefing schedule in this matter is vacated.

DATED this 28th day of August, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Michael Howard
MICHAEL HOWARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
michael.howard@ssa.gov